United States District Court
Southern District of Texas
**ENTERED**
May 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOM JOHNS, *Plaintiff,* | § § § | |
| V. | § | CIVIL ACTION NO. 4:24cv00394 |
| HEDWIG, LLC, ET AL., *Defendants,* | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April 23, 2024, (Dkt. 28) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this 8th day of May, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE